*Green* and *Alexander Howard* filed a brief for the Friends of Furuseth Legislative Association, as *amicus curiae,* supporting the petition.

No. 151. HALSTEAD *v.* INDUSTRIAL ACCIDENT COMMISSION. Certiorari denied.

No. 156. YATES *v.* BALL. Certiorari denied. *Robert H. Anderson, Harry T. Gray* and *Edward F. Prichard, Jr.* for petitioner. *Henry P. Adair* and *Wm. H. Rogers* for respondent.

No. 172. MILLER *v.* SANFORD, WARDEN. Certiorari denied. Petitioner *pro se. Solicitor General Perlman, Robert S. Erdahl* and *Beatrice Rosenberg* for respondent.

No. 200. KRUGER *v.* WHITEHEAD, DOING BUSINESS AS THE WHITEHEAD Co. Certiorari denied. Petitioner *pro se. Frederick S. Lyon* for respondent.

No. 203. GREGORY *v.* UNITED STATES. Certiorari denied.

No. 210. GORDONS TRANSPORTS, INC. *v.* WALLING, WAGE & HOUR ADMINISTRATOR. Certiorari denied. *James W. Wrape* for petitioner. *Solicitor General Perlman, William S. Tyson* and *Morton Liftin* for respondent.

No. 251. HOLLINGSWORTH ET AL. *v.* CITIES SERVICE OIL Co.